UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES—GENERAL

JS-6

| Case No. | CV 16-2185-DMG (RAOx) | Date | June 23, 2016 |
|---|---|---|---|
| Title | *Gary Scherer v. SRI, LLC, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS)   ORDER AND NOTICE TO ALL PARTIES**

In light of the parties' notice of settlement, filed June 23, 2016, indicating that the case has settled in its entirety, this action is placed in inactive status.

By August 22, 2016 the parties shall file either (1) a proper stipulation and order for dismissal or judgment or (2) motion to reopen if settlement has not been consummated. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of August 23, 2016.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. The scheduling conference on June 24, 2016 is VACATED.

IT IS SO ORDERED.